```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


DIGITAL IMPACT INC.,           )
                               )
          Plaintiff(s),        )    No. C 05-0636 SBA (BZ)
                               )
     v.                        )    ORDER SCHEDULING TELEPHONIC
                               )    CONFERENCE RE DEVISING A
BIGFOOT INTERACTIVE INC.,      )    SETTLEMENT CONFERENCE
                               )    SCHEDULE FOR PATENT CASE
          Defendant(s).        )
_____)
DIGITAL IMPACT INC.,           )
                               )    and related case
          Plaintiffs(s)        )
     v.                        )    No. C 05-0990 SBA (BZ)
                               )
YESMAIL, INC.,                 )
                               )
          Defendant(s)         )
_____)
```

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Monday, December 5, 2005, at 2:00 p.m.** to discuss the settlement process. Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.** In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated:  December 1, 2005

                                    _____
                                            Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.05\DIGITAL IMPACT TEL CONF. ORDER.wpd