UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
DIGITAL IMPACT, INC.,         )
                              )
                              )         No. C05-0636 SBA (BZ)
          Plaintiff(s),       )
                              )
     v.                       )
                              )
BIGFOOT INTERACTIVE, INC.,    )         ORDER CONTINUING SETTLMENT
                              )         CONFERENCE
                              )
                              )
          Defendant(s).       )
                              )
_____)
```

At the joint request of both parties, **IT IS HEREBY ORDERED** that the settlement conference presently scheduled for February 17, 2006 is continued to **April 6, 2006 at 9:00 a.m.**, subject to court availability. The settlement conference order otherwise remains in full force and effect.

**IT IS FURTHER ORDERED** that a telephone conference for the purpose of discussing the progress of settlement negotiations is scheduled for **March 15, 2006 at 3:00 p.m.** Mr. Moore will contact Mr. Dresner and then call chambers at **415-522-4093**.

DATED: February 1, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:/bzall/-refs/refs.06/digital impact.bigfoot continue.sc