UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIGITAL IMPACT, INC.,                )
                                     )
            Plaintiff(s),            )   No. C05-0636 SBA (BZ)
                                     )
    v.                               )
                                     )
BIGFOOT INTERACTIVE, INC.,           )   **SCHEDULING ORDER**
                                     )
            Defendant(s).            )
_____)

　　　　Following a telephone conference in which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

　　　　1.　Defendant shall respond to plaintiff's latest offer by no later than **May 23, 2006.**

　　　　2.　Plaintiff shall respond to the offer conveyed on May 23, 2006 by no later than **June 6, 2006.**

　　　　3.　A telephone conference with counsel to discuss the progress of the negotiations is scheduled for **Thursday, June 8, 2006 at 3:30 p.m.**  Counsel for plaintiff shall get counsel for

1 | defendant on the line and contact chambers at **415-522-4093.**
2 | Dated: May 10, 2006

_____
Bernard Zimmerman
United States Magistrate Judge