1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA
11
12 DIGITAL IMPACT, INC.,        )
                                )
13                              )    No. C05-0636 SBA (BZ)
           Plaintiff(s),        )
14                              )
       v.                       )
15                              )
   BIGFOOT INTERACTIVE, INC.,   )    **SCHEDULING ORDER**
16                              )
                                )
17                              )
           Defendant(s).        )
18 _____)
19
20      Following a telephone conference in which both parties
21 were represented by counsel, **IT IS HEREBY ORDERED** as follows:
22      1.  Defendant shall respond to plaintiff's latest offer by
23 no later than **June 16, 2006.**
24      2.  Plaintiff shall respond to that offer by no later than
25 **June 26, 2006.**
26      3.  A telephone conference with counsel to discuss the
27 progress of the negotiations is scheduled for **Thursday,**
28 **June 29, 2006 at 3:00 p.m.**  Counsel for plaintiff shall get

1 | counsel for defendant on the line and contact chambers at
2 | **415-522-4093.**
3 | Dated: June 8, 2006

_/s/ Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.06\digitalimpact.bigfoot.sched.order2.wpd

2