UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL IMPACT, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> BIGFOOT INTERACTIVE, INC., <br><br> Defendant(s). | No. C05-0636 SBA (BZ) <br><br> **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a settlement conference is scheduled for **Friday, July 21, 2006 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The settlement conference order dated December 14, 2005 otherwise remains in full force and effect.

DATED: June 14, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

g:/bzall/-refs/refs.06/bigfoot.sc.order.wpd