THOMAS E. MOORE III (Bar No. 115107)
NICOLE V. ECONOMOU (Bar No. 154485)
**THE MOORE LAW GROUP**
228 Hamilton Ave., Second Floor
Palo Alto, California 94301
Telephone: (650) 798-5352
Facsimile: (650) 798-5001

Attorneys for Plaintiff and
Counter-Defendant
DIGITAL IMPACT, INC.

ARTHUR M. DRESNER (pro hac vice)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5404
Facsimile: (212) 521-5450

Attorneys for Defendant and Counterclaimant
BIGFOOT INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DIGITAL IMPACT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIGFOOT INTERACTIVE, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | **RELATED CASES:**<br>NO. C05 00636 SBA<br>NO. C05 00990 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER ADJUSTING THE BRIEFING SCHEDULE** |

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, that, due to circumstances not foreseen as of the time of the Case Management Schedule filed on November 3, 2006, the briefing schedule preceding the mini-Markman hearing be shifted. Due to the press of business and deadlines in other matters impacting Plaintiff's counsel's ability to meet the original schedule, Plaintiff's counsel conferred with Defendant's counsel and requested four additional days to file its opposition brief. Defendant's counsel is agreeable. However, this shift has impacted Defendant's counsel's schedule for filing Defendant's Reply brief in view of planned surgery. Accordingly, Digital Impact will file its opposition papers on February 2, 2007, and defendant Bigfoot Interactive will file its reply papers on February 23, 2007. All other dates, including the hearing set for March 29, 2007 at 9:00 a.m. will remain the same.

Dated: February 2, 2007     THE MOORE LAW GROUP

BY    /s/
Thomas E. Moore III
Attorney for Plaintiff and Counterdefendant
DIGITAL IMPACT, INC.

Dated: January 30, 2007     REED SMITH LLP

BY    /s/
Arthur M. Dresner
Attorneys for Defendant and Counterclaimant
BIGFOOT INTERACTIVE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 2-12-07

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIP. & ORDER ADJUSTING
BRIEFING SCHEDULE
C 05-00636 SBA

2