JOHN P. BOVICH (SBN 150688)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:     415.391.8269
Email:  jbovich@reedsmith.com

ARTHUR M. DRESNER (*pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:     212.521.5404
Facsimile:     212.521.5450
Email:  adresner@reedsmith.com

Attorneys for Defendant and Counterclaimant
BIGFOOT INTERACTIVE, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL IMPACT, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BIGFOOT INTERACTIVE, INC., a Delaware corporation, <br><br> Defendant. <br><br><br> AND RELATED COUNTERCLAIM | No.: C 05 00636 SBA <br><br> **ORDER PERMITTING BIGFOOT INTERACTIVE, INC. TO BRING EQUIPMENT INTO COURTHOUSE FOR MARKMAN HEARING** <br><br> Date:          April 6, 2007 <br> Time:          9:00 a.m. <br> Place:         Courtroom 3 <br><br> The Honorable Saundra Brown Armstrong |

[PROPOSED] ORDER PERMITTING BIGFOOT INTERACTIVE, INC. TO BRING EQUIPMENT INTO
COURTHOUSE FOR MARKMAN HEARING

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Defendant and Counterclaimant Bigfoot Interactive, Inc. requests that Fulcrum Legal Graphics, 1035 Post Street, San Francisco, California 94109, telephone:  415-614-3600, be granted permission to bring the following equipment into the courthouse for use during the Markman hearing scheduled for April 6, 2007 at 9:00 a.m.:

1 Elmo HV-5000 XGA Visual Presenter

1 Sony LCD Data Projector 3500 Lumens

1 Inline Court Director 3 input switcher

2 17" Flat Panel Monitors

1 Projection Screen (6*8)

1 Tech table

DATED:  March 30, 2007

Respectfully submitted,

REED SMITH LLP

By___/s/ John P. Bovich_____
      John P. Bovich
      Attorneys for Defendant and Counterclaimant
      BIGFOOT INTERACTIVE, INC.

IT IS SO ORDERED.

DATED:  4/2/07

_____
The Honorable Saundra B. Armstrong

[PROPOSED] ORDER PERMITTING BIGFOOT INTERACTIVE, INC. TO BRING EQUIPMENT INTO COURTHOUSE FOR MARKMAN HEARING