**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

DIGITAL IMPACT, INC.,       No. C 05-0636 SBA

    Plaintiff,      **FINAL JUDGMENT**

v.

BIGFOOT INTERACTIVE, INC.,

    Defendant.

---

In accordance with the Court's Order on the defendant's Motion for Summary Judgment on Non-Infringement, judgment is granted in favor of the defendant. All matters calendared in this action are VACATED. The Clerk of Court shall close the file and terminate any pending matters.

IT IS SO ORDERED.

September 18, 2007      _/s/ Saundra B Armstrong_
     Saundra Brown Armstrong
     United States District Judge