**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL IMPACT, INC., | No. C 05-0636 SBA |
| Plaintiff, | **FIRST AMENDED FINAL JUDGMENT** |
| v. | |
| BIGFOOT INTERACTIVE, INC., | |
| Defendant. | |
| | |
| BIGFOOT INTERACTIVE, INC., | |
| Counterclaimant, | |
| v. | |
| DIGITAL IMPACT, INC., | |
| Counterdefendant. | |

In accordance with the Court's Order on defendant Bigfoot Interactive, Inc.'s Motion for Summary Judgment on Non-Infringement, judgment is granted in favor of the defendant. In accordance with the Court's Order on counterclaimant Bigfoot Interactive, Inc.'s request for a declaration of non-infringement or alternatively of invalidity, judgment is granted in favor of the counterclaimant. All matters calendared in this matter are VACATED. The Clerk of the Court shall close the file and terminate any pending matters.

IT IS SO ORDERED.

February 14, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge